UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL NURSES UNITED,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WASHINGTON HOSPITAL CENTER** )<br>**CORPORATION,** )<br>)<br>**Defendant.** ) | Civil Case No. 12-2032 (RJL) |

**ORDER**

(July 9, 2013) (Dkts. ##7, 10)

For the reasons set forth in the Memorandum Opinion entered this ____ day of July 2013, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. #7] is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. #10] is **DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge